686 A.2d 1188

IN THE MATTER OF RONALD W. SPEVACK,
AN ATTORNEY AT LAW.

January 16, 1997.

### ORDER

The Disciplinary Review Board on November 26, 1996, having filed with the Court its decision concluding that **RONALD W. SPEVACK** of **WOODBRIDGE,** who was admitted to the bar of this State in 1964, should be reprimanded for failing to comply

with the recordkeeping provisions of *Rule* 1:21–6, in violation of *RPC* 1.15(d), and good cause appearing;

It is ORDERED that **RONALD W. SPEVACK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that the Office of Attorney Ethics conduct a compliance audit of respondent's attorney books and records in January 1998; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.